Mitchell Miller (SBN 101109)
MILLER LAW GROUP, P.C.
260 Sheridan Avenue, Suite 208
Palo Alto, CA 94306-2009
Telephone:   (650) 566-2290
Facsimile:   (650) 566-2298

*E-FILED 05-03-2010*

Attorneys for Normandie Chula Vista L.P.
dba Days Inn Milpitas

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>  Plaintiff,<br><br>vs.<br><br>NORMANDIE CHULA VISTA L.P. dba DAYS INN MILPITAS; and Does 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. C10-00236 HRL<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME TO FILE ANSWER TO COMPLAINT AND CONDUCT JOINT SITE INSPECTION |

This Stipulation is entered into by and between Connie Arnold (hereinafter "Plaintiff") and Normandie Chula Vista L.P. dba Days Inn Milpitas (hereinafter "Defendant").

This stipulation is made with reference to the following facts:

1. On April 16, 2010, Defendant tendered the defense of this matter to its insurance company.

2. As of the date of this stipulation, the insurance company has yet to respond to Defendant's tender of defense.

//

//

---

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME TO FILE ANSWER TO COMPLAINT AND CONDUCT JOINT SITE INSPECTION

1

NOW, THEREFORE, the Plaintiff and Defendant agree as follows:

1. Defendant's time to respond to the complaint is extended to May 10, 2010.
2. Plaintiff and Defendant may conduct the joint-site inspection at any time prior to May 13, 2010.

Dated:  April 28, 2009                            Miller Law Group, P.C.

/s electronic signature

_____

By: Mitchell Miller, Esq.
Attorneys for Defendant Normanide Chula Vista L.P. dba Days Inn Milpitas

Dated:  April ___, 2009                           Law Offices of Julie A. Ostil

/s electronic signature

_____

By: Julie A. Ostil, Esq.
Attorney for Plaintiff Connie Arnold

---

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME TO FILE ANSWER TO COMPLAINT AND CONDUCT JOINT SITE INSPECTION

2

**<u>ORDER</u>**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  May 3, 2010

_____
Honorable Judge of United States District Court, Northern District of California

Magistrate Judge Howard R. Lloyd

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME TO FILE ANSWER TO COMPLAINT AND CONDUCT JOINT SITE INSPECTION