**United States District Court**
For the Northern District of California

1

2                                          ***E-FILED 11-29-2011***

3

4

5

6

7                              NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   CONNIE ARNOLD,                          No. C10-00236 HRL

12           Plaintiff,
                                             **ORDER ADMINISTRATIVELY**
13      v.                                   **CLOSING CASE**

14   NORMANDIE CHULA VISTA L.P. dba DAYS
     INN MILPITAS; and DOES 1 to 10, inclusive,
15
             Defendants.
16
     _____/
17

18           In response to this court's order for a status report, the parties advise that defendant filed

19   for bankruptcy in 2010 and that these proceedings have been automatically stayed.  The court

20   finds no reason to keep this case on its docket of active litigation, and the clerk shall

21   administratively close the file.  Either party may file a motion to reopen this matter should a

22   change in circumstances warrant it.

23           SO ORDERED.

24   Dated: November 29, 2011

25                                          _____

26                                          HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE
27

28

United States District Court

For the Northern District of California

1   5:10-cv-00236-HRL Notice has been electronically mailed to:

2   Margarita Calpotura      mcalpotura@millerlg.com

3   Mitchell Perry Miller      mmiller@millerlg.com

4   Susan Patricia Gibbs      susan_gibbs@me.com

5   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28