*E-FILED 11-29-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMANDIE CHULA VISTA L.P. dba DAYS INN MILPITAS; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | No. C10-00236 HRL<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

　　　In response to this court's order for a status report, the parties advise that defendant filed for bankruptcy in 2010 and that these proceedings have been automatically stayed. The court finds no reason to keep this case on its docket of active litigation, and the clerk shall administratively close the file. Either party may file a motion to reopen this matter should a change in circumstances warrant it.

　　　SO ORDERED.

Dated: November 29, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1. 5:10-cv-00236-HRL Notice has been electronically mailed to:
2. Margarita Calpotura    mcalpotura@millerlg.com
3. Mitchell Perry Miller    mmiller@millerlg.com
4. Susan Patricia Gibbs    susan_gibbs@me.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.